January 23, 2009

Ms. Ida Cecilia Garza
Hole & Alvarez L.L.P.
612 W Nolana, Suite 370
McAllen, TX 78504

Mr. David R. Joe
Brewer Anthony & Middlebrook
1702 East Tyler, Suite 1
Harlingen, TX 78550-
Honorable Midgalia Lopez
197th District Court
974 E. Harrison Street
Brownsville, TX 78520-7123

RE: Case Number: 06-0653
 Court of Appeals Number: 13-05-00765-CV&13-06-00080-CV
 Trial Court Number: 2005-02-830-C

Style: IN RE MARY LOUISE WATKINS, M.D.

Dear Counsel:

 Today the Supreme Court of Texas denied the petition for writ of
mandamus and issued the enclosed opinions in the above-referenced case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Cathy Wilborn |